**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6785**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

RONALD SMITH,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  James H. Michael, Jr., Senior District Judge.  (CR-92-58)

———————

Submitted:  September 9, 1999        Decided:  September 15, 1999

———————

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald Smith, Appellant Pro Se.  Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Smith appeals the district court's orders denying his motion for a new trial based on newly discovered evidence and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Smith</u>, No. CR-92-58 (W.D. Va. Apr. 13, 1999[*] & May 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on April 8, 1999, the district court's records show that it was entered on the docket sheet on April 13, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).